IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CHRISTY L. WILLIAMS, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:15-cv-00241-O |
| | § | |
| TARRANT COUNTY COLLEGE DISTRICT, | § | |
| Defendant | § | |

**APPENDIX IN SUPPORT OF PLAINTIFF'S RESPONSE
TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

| Page | Description |
|---|---|
| 1 | Declaration of Christy Williams |
| 80 | Declaration of Donald E. Uloth |
| 123 | Declaration of Curtis Fukuchi |
| 132 | Declaration of Keri Wilcox |
| 134 | Declaration of Dominique Campos |
| 136 | Defendant TCCD's Responses to Plaintiff's First Set of Interrogatories |

CERTIFICATE OF SERVICE

    I certify that on August 19, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will transmit a Notice of Electronic Filing to all counsel for Defendant.

                               /s/  Donald E. Uloth
                               Donald E. Uloth