**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **CHRISTY L WILLIAMS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **Civil Action No. 4:15-cv-00241-O** |
| **TARRANT COUNTY COLLEGE DISTRICT,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |
| | § | |
| | § | |

**ORDER**

Before the Court is the Parties' Joint Status Report Regarding Contents of Scheduling Order (ECF No. 90), filed March 29, 2018. Plaintiff wishes to reopen discovery. Defendant argues that re-opening of discovery because there is no good cause and this case was ready for trial before it was considered by the Fifth Circuit and subsequently remanded to this Court.

A district court has discretion in determining whether to reopen discovery. *Burger King Corp. v. Weaver*, 169 F.3d 1310, 1315 (11th Cir. 1999). Courts have considered several factors in reviewing motions to reopen discovery, such as whether trial is imminent, whether the request is opposed, whether the non-moving party would be prejudiced and whether the moving party was diligent in obtaining discovery. *Smith v. United States*, 834 F.2d 166, 169 (10th Cir. 1987).

This case has recently been remanded from the Fifth Circuit for trial, and an order setting a trial date has not yet issued. The parties have requested trial in August 2018, approximately four months from now. Trial is not imminent. The request is opposed by Defendant, but the Court does not find prejudice to Defendant to the extent that the Court will not grant a re-opening of discovery

for authentication of documents and a short deposition. Additionally, the posture of this case weighs in favor of re-opening discovery so that, in Defendant's words, "this matter may finally be resolved."

The Court finds that discovery should be reopened for the limited purpose of authenticating Plaintiff's medical records and a deposition, if necessary, of Dr. Indukuri.

**SO ORDERED** on this **20th day of April, 2018.**

Reed O'Connor
UNITED STATES DISTRICT JUDGE