IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CHRISTY L. WILLIAMS,<br>Plaintiff, | §<br>§<br>§ | |
| v. | § | Civil Action No. 4:15-cv-00241-O |
| TARRANT COUNTY COLLEGE DISTRICT,<br>Defendant | §<br>§<br>§ | |

**APPENDIX TO THE REPLY BRIEF IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL, REQUEST FOR A HEARING, AND REQUEST FOR SANCTIONS**


| Page(s) | Description |
|---|---|
| 2 | Email from Plaintiff forwarding message from Lynnelle Brown |
| 3-10 | Defendant TCCD's Supplemental Responses to Plaintiff's First Set of Interrogatories |


**CERTIFICATE OF SERVICE**

I certify that on May 21, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will transmit a Notice of Electronic Filing to all counsel for Defendant.

/s/ Donald E. Uloth
Donald E. Uloth

**Don Uloth**

**From:** christyaddress@vanoo.com
**Sent:** Tuesday, May 15, 2018 9:15 PM
**To:** Don Uloth
**Subject:** Lynnelle's response

Dc..

I got a response from Lynnelle. REDACTED

Here is the entire message she sent me.

Hi Christy, we are doing well and definitely enjoying PA. I did agree to say they could represent me. They had already called a year ago or so and asked me questions, but they kept calling me over the past few weeks. After speaking with my attorney, he said it was typical for the employer's lawsuit to represent employees in this situation. I apologize if this makes things difficult for you.

Honestly, I don't completely understand what the point of them representing me is, but I suppose I agreed because I didn't feel like having them bother me every other week.

I vaguely remember an email from someone connected to you. I think I was in the middle of sleepless days/nights with a newborn (or sick....I can't remember) and did not remember that till they asked me about it. She told me I was free to talk to whoever I wanted to, so if he wants to reach out again, I'm fine with that. I don't really know the rules here, but I'm happy to answer any questions.

REDACTED

Christy Williams

**Eleanor Roosevelt — "Learn from the mistakes of others. You can't live long enough to make them all yourself."**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CHRISTY L. WILLIAMS, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION No. 4:15-cv-00241 |
| | § | |
| TARRANT COUNTY COLLEGE DISTRICT | § | |
| | § | |
| | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT TCCD'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

To: Plaintiff, Christy L. Williams, by and through her attorney of record, Donald E. Uloth, Donald E. Uloth, P.C., 18208 Preston Road, Suite D-9 # 261, Dallas, Texas 75252.

Defendant, Tarrant County College District ("**TCCD**"), by and through the undersigned counsel, serves its Supplemental Responses to Plaintiff's First Set of Interrogatories.

Respectfully submitted,

By: */s/ Lauren H. McDonald*
LU PHAM
State Bar No. 15895430
LPham@dphllp.com
LAUREN H. MCDONALD
State Bar No. 24085357
LMcDonald@dphllp.com

DOWELL PHAM HARRISON, LLP
505 Pecan Street, Suite 200
Fort Worth, Texas 76102
Telephone: (817) 632-6300
Facsimile: (817) 632-6313

ANGELA H. ROBINSON

angela.robinson@tccd.edu
State Bar No. 24006655
TARRANT COUNTY COLLEGE
DISTRICT
1500 Houston Street
Fort Worth, Texas 76102
(817) 515-5242
(817) 515-5150 – Fax

ATTORNEYS FOR DEFENDANT
TARRANT COUNTY COLLEGE
DISTRICT

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing instrument has been sent via e-mail on the 18th day of May 2018, to all parties at following address:

Donald E. Uloth
Donald E. Uloth, P.C.
18208 Preston Road, Suite D-9 #261
Dallas, Texas 75252
(214) 725-0260
(866) 462-6179 Facsimile
Don.uloth@uloth.pro

*/s/ Lauren H. McDonald*
Lauren H. McDonald

## SUPPLEMENTAL RESPONSE TO INTERROGATORIES

**INTERROGATORY NO. 1**: Identify (name, home address, and home or cell phone number) each person who has knowledge of facts relevant to this case, and provide a brief description of each person's connection to the case and the subjects on which you believe they have knowledge.

**Response**:

**Conrad Herrera**
4945 Creek Ridge Trail
Fort Worth, Texas 76179
(817) 729-4646

Mr. Herrera was Plaintiff's supervisor in the writing lab located at TCCD's Northwest Campus. Mr. Herrera has knowledge of Plaintiff's job performance, the job requirements of instructional associate, her inability to perform the essential functions of her job, student and faculty complaints regarding Ms. Williams, whether Ms. Williams requested any accommodation or informed him of a disability, and the November 2012 incident.

**Margaret Levy**
520 Evergreen Drive
Hurst, Texas 76054
(817) 656-2287
Ms. Levy is represented by Lu Pham with the firm Dowell Pham Harrison, LLP.

Ms. Levy was Plaintiff's co-worker in the writing lab located at TCCD's Northwest Campus. Ms. Levy may have knowledge of Plaintiff's job performance, the job requirements of an instructional associate, the work flow of the writing lab, Ms. Williams' interactions with other faculty, staff, and students, and whether Ms. Williams requested any accommodation or informed her of a disability.

**Lynnelle Brown**
215 West High Street
Elizabeth Town, PA 17022
(717) 682-6429
Ms. Brown is represented by Lu Pham with the firm Dowell Pham Harrison, LLP.

Ms. Brown was Plaintiff's co-worker in the writing lab located at TCCD's Northwest Campus. Ms. Brown may have knowledge of Plaintiff's job performance, the job requirements of an instructional associate, the work flow of the writing lab, Ms. Williams' interactions with other faculty, staff, and students, and whether Ms. Williams requested any accommodation or informed her of a disability.

**Anita Biber**
Academic Foundations Department Chair
TCCD Northwest Campus
WTLO Building, Room 4205
4801 Marine Creek Parkway
Fort Worth, Texas 76179
(817) 515-7302
Ms. Biber is represented by Lu Pham with the firm Dowell Pham Harrison, LLP.

Ms. Biber has knowledge regarding the circumstances of Plaintiff's separation from employment at TCCD, Ms. Williams' interactions with other faculty, staff, and students, the job requirements of an instructional associate, the work flow of the writing lab, and whether Ms. Williams requested any accommodation or informed her of a disability. Ms. Biber has knowledge regarding the November 2012 incident.

**Dr. Ricardo Coronado**
Associate Vice Chancellor for Human Resources
Tarrant County College
Department of Human Resources
1500 Houston Street
Fort Worth, Texas 76102
(817) 515-5234
Dr. Coronado is represented by Lu Pham with the firm Dowell Pham Harrison, LLP.

Dr. Coronado has knowledge regarding the circumstances surrounding Plaintiff's separation from employment, her job performance, as well as general information about the facts underlying this lawsuit.

**Dr. Christine Hubbard**
Former Dean of Humanities
1155 Union Circle #310800
Denton, Texas 76203
(940) 565-4035
Dr. Hubbard is represented by Lu Pham with the firm Dowell Pham Harrison, LLP.

Dr. Hubbard has knowledge regarding the circumstances of Plaintiff's separation from employment at TCCD, the essential job functions of an instructional associate, Ms. Williams' inability to perform the essential functions of an instructional associate, Ms. Williams' interactions with other staff, faculty, and students, the work flow of the writing lab, and whether Ms. Williams requested an accommodation or informed her of a disability. Dr. Hubbard has knowledge of the November 2012 incident.

**Lily Covio-Calzada**
Coordinator of Special Services
TCCD Northwest Campus
WCTS Building, Room 1111B
4801 Marine Creek Parkway
Fort Worth, Texas 76179
(817) 515-7602
Ms. Calzada is represented by Lu Pham with the firm Dowell Pham Harrison, LLP.

Ms. Calzada has knowledge regarding Plaintiff's interactions with other staff, faculty, and students. Ms. Calzada has knowledge of the November 2012 incident.

**Helen Yakub**
Former Instructor at TCCD
3821 Staghorn Circle
Fort Worth, Texas 76137
(817) 581-7255
Ms. Yakub is represented by Lu Pham with the firm Dowell Pham Harrison, LLP.

Ms. Yakub has knowledge regarding Plaintiff's interactions with other staff, faculty, and students.

**Cecilia Sublette**
Instructor at TCCD
Tarrant County College Northeast Campus
NFAC Bldg., Room 1117A
828 W. Harwood Road
Hurst, Texas 76054
(817) 515-6913
Ms. Sublette is represented by Lu Pham with the firm Dowell Pham Harrison, LLP.

Ms. Sublette has knowledge regarding Plaintiff's interactions with other staff, faculty, and students.

**Christy Williams**
Plaintiff

**Sharion Marshall**
1810 Redcliff Court
Garland, Texas 75043
(214) 388-7958

Ms. Marshall was present during the January 2, 2013 meeting with Dr. Coronado and Ms. Williams. Ms. Marshall may have knowledge regarding Plaintiff's termination, her job performance, as well as general information about the facts underlying this lawsuit.

**Krestin White**
Former Human Resources Assistant at TCCD
(817) 875-2876
Last known address is unknown

Ms. White has knowledge regarding Ms. Williams' FMLA leave.

**Linda Freeman**
TCCD nurse
TCCD Northwest Campus
WTCS Bldg., Room 1151
4801 Marine Creek Parkway
Fort Worth, Texas 76179
Ms. Freeman is represented by Lu Pham with the firm Dowell Pham Harrison, LLP.

Ms. Freeman has knowledge regarding the November 2012 incident. Ms. Freeman also has knowledge regarding Plaintiff's visits to the TCCD clinic.

**Dr. Joe Rhode**
VP for Student Development Services and licensed counselor
TCCD Northwest Campus
WADM Northwest Campus Administration, 1214A
4801 Marine Creek Parkway
Fort Worth, Texas 76179
(817) 515-7742
Dr. Rhode is represented by Lu Pham with the firm Dowell Pham Harrison, LLP.

Dr. Rhode has knowledge concerning Plaintiff's interactions with other staff, faculty, and students.

**Nancy Ball**
5980 Riverbend Place
Fort Worth, Texas 76112
(817) 368-1424
Ms. Ball is represented by Lu Pham with the firm Dowell Pham Harrison, LLP.

Ms. Ball participated in TCCD's investigation concerning Plaintiff's allegations of disability discrimination.

**Corporal George Ginunas**
Tarrant County College
Trinity River Campus
TRTR, Room 3702A
300 Trinity River Campus Circle
Fort Worth, Texas 76102
(817) 515-1949
Corporal Ginunas is represented by Lu Pham with the firm Dowell Pham Harrison, LLP.

Officer Ginunas has knowledge regarding the November 13, 2012 incident and his response to same.

**INTERROGATORY NO. 6**: Identify (name, home address, and home or cell phone number) each person involved in the decision to terminate Plaintiff's employment and describe each person's role in the decision-making process.

**RESPONSE**:

**Dr. Ricardo Coronado**
Associate Vice Chancellor for Human Resources
Tarrant County College
Department of Human Resources
1500 Houston Street
Fort Worth, Texas 76102
(817) 515-5234

Dr. Coronado met with Plaintiff on January 2, 2013 to discuss her performance issues and sent the January 7, 2013 letter terminating Plaintiff's employment.

**Anita Biber**
Academic Foundations Department Chair
TCCD Northwest Campus
WTLO Building, Room 4205
4801 Marine Creek Parkway
Fort Worth, Texas 76179
(817) 515-7302

Ms. Biber attended meetings with Plaintiff, Dr. Hubbard, and Conrad Herrera to discuss Plaintiff's concerns with Mr. Herrera as well as to discuss her performance and review her Annual Administrative Performance Evaluation. Ms. Biber drafted a timeline describing Plaintiff's behavior during these meetings. Ms. Biber's timeline was included in Dr. Hubbard's recommendation for termination of Plaintiff.

**Dr. Christine Hubbard**
Former Dean of Humanities
1155 Union Circle #310800
Denton, Texas 76203
(940) 565-4035

Dr. Hubbard drafted the January 2, 2013 Recommendation for Termination of Employment for Northwest Campus Writing Lab Instructional Associate Christy Williams to Dr. Ricardo Coronado.