IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CHRISTY L. WILLIAMS, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION No. 4:15-cv-00241 |
| | § | |
| TARRANT COUNTY COLLEGE DISTRICT | § | |
| | § | |
| | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT'S AMENDED EXHIBIT LIST**

Pursuant to the Court's January 7, 2016 First Amended Scheduling Order, Defendant Tarrant County College District ("**TCCD**"), by and through its attorneys, respectfully submits Defendant's Amended Exhibit List.

TCCD has not altered the numbers of the exhibits from Defendant's Exhibit List filed on September 30, 2016 (ECF No. 58). The only changes are the removal of some exhibits and the addition of one exhibit as a possible exhibit to be used at trial (Exhibit No. 43). Exhibit No. 43 was produced in discovery on November 30, 2015.

Respectfully submitted,

By: /s/ Lu Pham

Lu Pham
State Bar No. 15895430
LPham@dphllp.com
Lauren H. McDonald
State Bar No. 24085357
LMcDonald@dphllp.com

DOWELL PHAM HARRISON, LLP
505 Pecan Street, Suite 200
Fort Worth, Texas 76102
Telephone: (817) 632-6300
Facsimile: (817) 632-6313

Angela H. Robinson
angela.robinson@tccd.edu
State Bar No. 24006655

TARRANT COUNTY COLLEGE DISTRICT
1500 Houston Street
Fort Worth, Texas 76102
(817) 515-5242
(817) 515-5150 – Fax
ATTORNEYS FOR DEFENDANT TARRANT COUNTY COLLEGE DISTRICT

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing instrument has been sent via electronic filing on the 29th day of June, 2018, to all parties at following address:

Donald E. Uloth
Donald E. Uloth, P.C.
18208 Preston Road, Suite D-9 #261
Dallas, Texas 75252
Don.uloth@uloth.pro

/s/ Lu Pham
Lu Pham

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| | **PROBABLE EXHIBITS** | | |
| 1 | Instructional Associate Job Description (TCCD 260-261). | | |
| 2 | Conflict Resolution Element K Assigned October 24, 2011 (TCCD 189). | | |
| 3 | Memorandum from Conrad Herrera to Sueanne Jones re Williams October 20, 2011 incident with student worker (TCCD 2562) [student names have been redacted pursuant to FERPA.] | | |
| 4 | Performance Improvement Plan dated March 28, 2012 for Williams and e-mails related to same (TCCD 1992-1993; TCCD 191-193; TCCD 1975). | | |
| 5 | E-mails re April 27, 2012 Incident Witnessed by Lilia Covio-Calzada (TCCD 194-195). | | |
| 6 | E-mail from Dr. Hubbard dated July 25, 2012 advising that additional funding will not be provided (TCCD 1632). | | |
| 7 | E-mails re Saturday Coverage (TCCD 1152-1154; TCCD 839-840; TCCD 810-811). | | |
| 8 | Student Complaint on September 12, 2012 and e-mails regarding same (TCCD 503; TCCD 1045-1047). [student names have been redacted pursuant to FERPA.] | | |
| 9 | E-mail from Williams to Dr. Hubbard and Anita Biber and Dr. Hubbard and Anita Biber's responses to same (TCCD 782-784). | | |
| 10 | Anita Biber's October and November e-mails regarding job posting for on-call instructional assistant position (Plaintiff 413-414; Plaintiff 420-421; and Plaintiff 423). | | |
| 11 | E-mails regarding November 6, 2012 meeting between Christy Williams, Conrad Herrera, and Anita Biber and Conrad Herrera's notes for meeting (TCCD 774; TCCD 2655-2656). | | |
| 12 | E-mails between Conrad Herrera, Margaret Levy, Anita Biber, and Christy Williams re Levy taking time off on November 16, 2012 for eye surgery (TCCD 407). | | |
| 13 | E-mails between Conrad Herrera, Christy Williams, Anita Biber, and Dr. Hubbard regarding scheduling meeting on November 13, 2012 to discuss Williams' Performance Evaluation (TCCD 702-703). | | |

| | | | |
|---|---|---|---|
| 14 | Anita Biber's Timeline from October 31, 2012 to November 13, 2012 (TCCD 110-114). | | |
| 15 | E-mails between Dr. Hubbard, Anita Biber and Conrad Herrera regarding conversation with Williams after November 13, 2012 incident (TCCD 2604-2605). | | |
| 16 | November 28, 2012 e-mail from Anita Biber regarding interviewing applicants for on-call instructional assistant positions (TCCD 658). | | |
| 17 | Dr. Hubbard January 2, 2013 Memorandum and e-mail re same (TCCD 202 and TCCD 630-636). | | |
| 18 | Termination Letter dated January 7, 2013 (TCCD 115). | | |
| 19 | REMOVED | | |
| 20 | J.B., Helen Yakub, Lilia Covio-Calzada, and Cecilia Sublette statements to TWC (Plaintiff 117; TCCD 278; TCCD 280-281). [student names redacted pursuant to FERPA]. | | |
| 21 | TWC Investigative Memorandum and Pre-Determination Letter (Plaintiff 3-4; Plaintiff 52-53). | | |
| 22 | REMOVED | | |
| 23 | Tutor Trac Comments and Documents (Plaintiff 434-435; Plaintiff 446-447). | | |
| 24 | TCCD Nurse Notes (TCCD G – P) | | |
| 25 | REMOVED | | |
| | **POSSIBLE EXHIBITS** | | |
| 26 | TCCD Work Organization Chart (TCCD 1302). | | |
| 27 | Crystal Bravo January 23, 2012 Start Date Print Out (Plaintiff 156). | | |
| 28 | E-mail from Dr. Hubbard dated January 2, 2013 re removal of belongings from writing lab (TCCD 204). | | |
| 29 | REMOVED | | |
| 30 | E-mail from Conrad Herrera to HR providing information re Williams (TCCD 218-219). | | |
| 31 | Plaintiff's Charge of Discrimination filed on July 8, 2013 (TCCD 2). | | |
| 32 | TCCD Policies:<br>DAA Legal (TCCD 117-132)<br>DAA Local (TCCD 133)<br>DECA Legal (TCCD 134-156)<br>DEC Legal (TCCD 157-161)<br>DEC Local (TCCD 162-171)<br>DM Local (TCCD 172-179) | | |

| | | | |
|---|---|---|---|
| | DH Local (TCCD 262-265)<br>DLA Local (TCCD 2087-2089)<br>DK Local (TCCD 2090-2091) | | |
| 43 | Plaintiff Phone Interview on 4/3/2013 (TCCD 226-238) | | |
| | **REBUTTAL PURPOSES ONLY** | | |
| 33 | Plaintiff 2010-2011 Performance Appraisals (TCCD 180-188). | | |
| 34 | Williams' E-mail to Conrad Herrera, Anita Biber, and Dr. Hubbard (TCCD 351). | | |
| 35 | HR Notes re Interactions with Williams in December 2012 to January 2, 2013 (TCCD 197-198). | | |
| 36 | HR Interview with Conrad Herrera re Williams (TCCD 216-217). | | |
| 37 | HR Interview of Dr. Hubbard and Anita Biber re Williams (TCCD 220-225). | | |
| 38 | REMOVED | | |
| 39 | REMOVED | | |
| 40 | REMOVED | | |
| 41 | REMOVED | | |
| 42 | Demonstrative Exhibit—Summary of Testimony Elicited by Witnesses during Trial. | | |

The below statement is from Defendant's Exhibit List (ECF No. 58) filed on September 30, 2016.

**Statement Regarding Admissibility and Objections:**

The parties agree to the admissibility of exhibits 1-7, 9-19, 22-30, and 32-41.

Plaintiff objects to the admissibility of the remainder of the exhibits as follows:

8. Plaintiff objects to the document as hearsay.

20. Plaintiff objects to the document as hearsay and due to lack of proper authentication. This is someone's summary of what these witnesses may have told the author by phone. It is less reliable than if Bermudez had been deposed, and her sworn deposition testimony would not be admissible – a fortiori this unsworn summary is not admissible.

21. Plaintiff objects to the document as irrelevant and because any possible relevance is outweighed by the risk of undue prejudice.

31. Plaintiff does not object to having the Charge admitted for consideration by the Court. Plaintiff objects to the admission of the charge as an exhibit for the jury due to the risk that any relevance will be outweighed by juror confusion and undue prejudice to Plaintiff in part because of the allegations of age discrimination which are not part of this case.

TCCD opposes the foregoing objections.

/s/ Donald E. Uloth /s/ Lu Pham