IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CHRISTY L. WILLIAMS, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:15-cv-00241-O |
| | § | |
| TARRANT COUNTY COLLEGE DISTRICT, | § | |
| Defendant | § | |

**PLAINTIFF'S AMENDED EXHIBIT LIST AND DEPOSITION TESTIMONY DESIGNATIONS**

Plaintiff does not anticipate offering any deposition testimony at trial because all of the TCCD witnesses who were deposed have been designated by TCCD as trial witnesses. Plaintiff takes this as a clear indication that these persons will be available to testify live at trial.

The following is a list of exhibits that may be offered at trial:

| No. | Description | Offered | Admitted |
|---|---|---|---|
| 1 | Earnings Notification. P 847 | | |
| 2 | Earnings Notification. P 848 | | |
| 3 | Support Staff Appraisal. D 2319-2323 | | |
| 4 | Support Staff Appraisal. D 2324-2328 | | |
| 5 | Earnings Notification. P 850 | | |
| 6 | Email re: TutorTrac Student Comments. D 1780 | | |
| 7 | Earnings Notification. P 851 | | |
| 8 | Job Description, Instructional Associate. D 260-261 | | |
| 9 | Email re: Action request: Schedule. D 1156 | | |
| 10 | Emails re: Heads up. D 1045-6 | | |
| 11 | Emails re: Heads up. D 1076 | | |
| 12 | Email re: Writing Lab WCTS 1151. D 961 | | |
| 13 | Email re: 9-11-12 Incident Report. D 959 | | |
| 14 | Emails re: More Kudos! D 936-7 | | |
| 15 | Emails re: Writing Center Feedback. D 2642 | | |
| 16 | Emails re: On-Call Instructional Associate. D 478 | | |
| 17 | Emails re: 2012-2013 budget. D 914-915 | | |
| 18 | Email re: Student Session – [redacted by TCCD]. D 2693 | | |

| | | | |
|---|---|---|---|
| 19 | Emails re: Today's arrival. D 892 | | |
| 20 | Herrera email re: Writing Lab Guide Feedback, plus Attachment: Writing Lab Employee Guide. D 832-835 | | |
| 21 | Emails re: Informational: Dominique Campos/Charisse Vigil, Jamie Moreno. P 339-340 | | |
| 22 | Email re: Saturday Coverage Schedule, and the attachment, Fall Semester, 2012 Saturday Coverage Schedule (8:30 a.m. – 3:00 p.m.) D 810-811 | | |
| 23 | Email re: Continuing Concerns. D 792 | | |
| 24 | Emails re: Writing Lab Kudos. P 341-342 | | |
| 25 | Email re: Sharing invitation: HERRERA, CONRAD – Calendar. D 431 | | |
| 26 | Email re: Greetings! D 776 | | |
| 27 | Emails re: Greetings! D 755-756 | | |
| 28 | Emails re: Annual Administrative Performance Evaluations Instructions, Training Schedule, and timelines. D 702-708 | | |
| 29 | Emails re: follow up conversation with C. Williams 11.14.12. P 183 | | |
| 30 | Benefits Summary. D 2212 | | |
| 31 | Email re: Concerning FMLA Christy Williams, and the attachments, letter re: FMLA Notice of Eligibility, Rights and Responsibilities. And Disability Claim Form. D 680-686 | | |
| 32 | Email re: Christy.xlsx, and attachment (comments from TutorTrac). D 670, and<br>ECF 30-1 pages 46 -53 | | |
| 33 | Williams letter to Dr. Indukuri. D 257-258 | | |
| 34 | Dearborne National Disability Claim Form. P 281-283 | | |
| 35 | MCNT lab test results. ECF 30-1 p. 60 | | |
| 36 | Certification of Health Care Provider for Employee's Serious Health Condition (Family and Medical Leave Act). P 477-480 | | |
| 37 | Fax from Dr. Indukuri to Krestin White at TCCD. D 246-253, 255-259, 260-261 (also ECF 30-1 pages 105-119) | | |
| 38 | Email re: Contacting HR. D 666 | | |
| 39 | Email re: 2nd peer tutor interview tomorrow. D 658 | | |
| 40 | Emails re: A little something for you. P 343-344 | | |
| 41 | Emails re: Christy Williams #0155094. D 2216 | | |
| 42 | Letter from Krestin White re FMLA. P 481-482 | | |
| 43 | Email re: Update on my condition. P 289 | | |
| 44 | Emails re: Meeting. P 489-491 | | |
| 45 | Certification of Fitness for Duty. D 205-206 | | |
| 46 | Emails re: Removal of Personal Belongings from Writing Lab. D 204 | | |
| 47 | Memorandum re: recommendation for Termination of Employment for Northwest Campus Writing Lab Instructional Associate Christy Williams. D 272-273 | | |

| | | | |
|---|---|---|---|
| 48 | Sharion Marshall's notes re Christy Williams – FMLA and Work Performance. D 197-198 | | |
| 49 | Emails re: Christy Williams. D 385 | | |
| 50 | Termination Letter. D 203 | | |
| 51 | Emails re: Writing Lab Calendar. D 625-627 | | |
| 52 | Email re: Fall 2012 TutorTrac Student Comments, and attachment (comments concerning Margaret Levy). D 594, 602-603 | | |
| 53 | Charge of Discrimination (for the court). D 002 | | |
| 54 | Brochure: Making the Most of the Writing Lab (attached to the Affidavit of Curtis Fukuchi). ECF 30-1 pages 127-129 | | |
| 55 | Fall 2012 Writing Lab and Tutoring Schedule. D 1043 | | |
| 56 | Indukuri's records concerning Christy Williams. Indukuri 1-42 | | |
| 57 | Affidavit of Medical Records (signed by Indukuri authenticating Indukuri 1-42) along with non-Bates numbered copies of his records | | |
| 58 | Atkinson's records concerning Christy Williams. Atkinson 1-31 | | |
| 59 | Ford's records concerning Christy Williams. Ford 1-74 | | |
| 60 | Affidavit of Medical Records (signed by Steven Childers) along with non-Bates numbered copies of his records. | | |
| 61 | Walgreen's printouts reflecting out-of-pocket expenses paid for items previously covered by TCCD benefits | | |
| 62 | Williams thyroid test results | | |
| 63 | 2012 Writing Lab brochure and insert | | |
| 64 | 2010 Writing Lab brochure and insert | | |
| 65 | 1/19/11 memo from Writing Lab Tutors to All English Instructors | | |
| 66 | 1/14/13 memo from Writing Lab Tutors to All English Instructors | | |
| 67 | June 2013 Writing Lab brochure | | |
| 68 | 8/23/13 note from Writing Lab Staff to Northwest Campus English Instructors | | |
| 69 | November 2013 Writing Lab brochure and insert | | |

**Statement Regarding Admissibility and Objections**

The parties agree to the admissibility of exhibits 4, 5, 7-10, 12, 13, 16, 17, 20, 22, 23, 25, 29, 39, 46, 47, 49, 50, 51, 53, and 55.

Defendant objects to the admissibility of the remainder of the exhibits is objected to as follows:

1. Relevance
2. Relevance

3. Relevance
6. No objection to e-mail itself ; Hearsay objection to student comments if offered along with e-mail.
11. Hearsay objection as to email from Lynnelle Brown
14. Hearsay objection as to e-mail from Christy Williams on TCCD 936-937.
15. Hearsay; Relevance
18. Hearsay; Relevance
19. Relevance
21. Hearsay as to e-mail from Dr. Fukuchi on P 339-340; Relevance
24. Hearsay as to e-mails from Margaret Levy and Cecilia Sublette
26. Hearsay; Relevance
27. Hearsay; Relevance
28. Objection as to TCCD 704-708 as material protected by attorney-client privilege. Letter sent to counsel on September 30, 2016 advising of inadvertent disclosure.
30. Hearsay; Relevance
31. Objection to TCCD 681-682 on relevance grounds because letter is unsigned/draft letter; Relevance because FMLA claims have been dismissed.
32. No objection to TCCD 670; Hearsay objection to tutor track comments.
33. Hearsay; Speculative; Exclusion under FRE 403 because probative value is substantially outweighed by a danger of unfair prejudice and misleading the jury.
34. Hearsay; Speculative; Exclusion under 403 because probative value is substantially outweighed by the danger of unfair prejudice and misleading the jury.
35. Hearsay; Authenticity; Relevance; Speculative; Exclusion under 403 because probative value is substantially outweighed by the danger of unfair prejudice and misleading the jury.
36. Hearsay; Speculative; Authenticity; Exclusion under 403 because probative value is substantially outweighed by danger of unfair prejudice and misleading the jury; Relevance—FMLA claims have been dismissed.
37. Hearsay; Speculative; Exclusion under 403 because probative value is substantially outweighed by the danger of unfair prejudice and misleading the jury; Relevance—FMLA claims have been dismissed. No objection to TCCD 260-261.
38. Objections only as to e-mail from Ms. Williams: Hearsay; Speculative; Exclusion under 403 because probative value is substantially outweighed by danger of unfair prejudice and misleading the jury.
40. Hearsay; Relevance
41. Relevance—FMLA claims have been dismissed.
42. Relevance—FMLA claims have been dismissed.
43. Hearsay; Speculative; Exclusion under FRE 403 because probative value is substantially outweighed by the danger of unfair prejudice and misleading the jury.
44. Hearsay and speculative as to e-mails from Christy Williams

45. Hearsay; Speculative; Exclusion under 403 because probative value is substantially outweighed by danger of unfair prejudice and misleading the jury.
48. Hearsay; Relevance
52. Hearsay as to TCCD 602-603
54. Authenticity; Hearsay; Relevance; Exclusion under 403 because probative value is substantially outweighed by danger of unfair prejudice and misleading the jury.
56. Hearsay; Speculative; Calls for expert testimony; Exclusion under 403 because probative value is substantially outweighed by danger of unfair prejudice and misleading the jury.
57. Hearsay; Speculative; Calls for expert testimony; Relevance; Exclusion under 403 because probative value is substantially outweighed by danger of unfair prejudice and misleading the jury. Not timely produced.
58. Hearsay; Authenticity; Speculative; Calls for expert testimony; Exclusion under 403 because probative value is substantially outweighed by danger of unfair prejudice and misleading the jury.
59. Hearsay; Authenticity; Relevance; Speculative; Calls for expert testimony; Exclusion under 403 because probative value is substantially outweighed by danger of unfair prejudice and misleading the jury.
60. Not produced during discovery; Hearsay; Relevance; Authenticity; Speculative; Calls for expert testimony; Exclusion under 403 because probative value is substantially outweighed by danger of unfair prejudice and misleading the jury.
61. Not produced during discovery; Hearsay; Relevance; Authenticity; Speculative; Exclusion under 403 because probative value is substantially outweighed by danger of unfair prejudice and misleading the jury.
62. Not produced in discovery; Hearsay; Relevance; Authenticity; Speculative; Exclusion under 403 because probative value is substantially outweighed by danger of unfair prejudice and misleading the jury.

63-69. TCCD objects to these exhibits based on: Authenticity; Hearsay; Relevance; Exclusion under 403 because probative value is substantially outweighed by the danger of unfair prejudice and misleading the jury.

Plaintiff opposes the foregoing objections.

/s/ Lu Pham /s/ Donald E. Uloth

Respectfully submitted,

/s/ Donald E. Uloth
Donald E. Uloth
Texas Bar No. 20374200
Donald E. Uloth, P.C.
18208 Preston Road, Suite D-9 # 261
Dallas, Texas 75252
Phone: (214) 725-0260
Fax: (866) 462-6179
don.uloth@uloth.pro
Counsel for Plaintiff

CERTIFICATE OF SERVICE

I certify that on July 27, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will transmit a Notice of Electronic Filing to all counsel for Defendant.

/s/ Donald E. Uloth
Donald E. Uloth