IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CHRISTY L. WILLIAMS, Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:15-cv-00241-O |
| | § | |
| TARRANT COUNTY COLLEGE DISTRICT, Defendant | § | |

**JOINT LIST OF ADMITTED TRIAL EXHIBITS**

On August 27, 2018 the Court seated a jury and the case was tried to a jury. The parties agree that when the evidence closed on August 29, 2018, the following exhibits had been admitted into evidence.

Plaintiff's Exhibits 3-8, 10, 12, 13, 15, 18, 21, 23, 29, 31, 32, 34, 36-38, 40, 43-47, 50, 56, 57, 63-67, and 69.

Defendant's Exhibits 1-7, 9-11, 13-15, 17, 18, 21, 23, 26, 31, and 32.

Respectfully submitted,

/s/ Donald E. Uloth
Donald E. Uloth
Texas Bar No. 20374200
18208 Preston Road, Suite D-9 # 261
Dallas, Texas 75252
Phone: (214) 725-0260
Fax: (866) 462-6179
don.uloth@uloth.pro
Counsel for Plaintiff

-- and --

By: /s/ Lu Pham
Lu Pham
State Bar No. 15895430
LPham@dphllp.com Lauren H. McDonald
State Bar No. 24085357
LMcDonald@dphllp.com

DOWELL PHAM HARRISON, LLP
505 Pecan Street, Suite 200
Fort Worth, Texas 76102
Telephone: (817) 632-6300
Facsimile: (817) 632-6313

Carol Bracken
Carol. Bracken@tccd.edu
State Bar No. 20861400

TARRANT COUNTY COLLEGE
DISTRICT
1500 Houston Street
Fort Worth, Texas 76102
(817) 515-5137
(817) 515-5150 – Fax
ATTORNEYS FOR DEFENDANT
TARRANT COUNTY COLLEGE
DISTRICT

## CERTIFICATE OF SERVICE

I certify that on August 30, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will transmit a Notice of Electronic Filing to all counsel for Defendant.

/s/ Donald E. Uloth
Donald E. Uloth